**Affirmed and Memorandum Opinion filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-10-01044-CR
_____

**DARRELL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1279614**

## MEMORANDUM OPINION

A jury convicted appellant of murder and made an affirmative finding on use of a deadly weapon. Appellant entered a plea of true to an enhancement paragraph and the jury sentenced appellant to confinement for life in the Institutional Division of the Texas Department of Criminal Justice.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of

the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Anderson and Christopher.
Do Not Publish — Tex. R. App. P. 47.2(b).